IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEONARD CHARLES HENDRICKS,           )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )          CIVIL ACTION NO. 2:14-CV-24-TMH
                                     )                      [WO]
                                     )
JUDGE PAMELA R. HIGGINS, et al.,     )
                                     )
          Defendants.                )

**ORDER ON MOTION**

Upon consideration of the motion for law student representation filed by the plaintiff

on January 31, 2014 (Doc. No. 5), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 3rd day of February, 2014.


                         /s/ Charles S. Coody
                    CHARLES S. COODY
                    UNITED STATES MAGISTRATE JUDGE