IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEONARD CHARLES HENDRICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:14cv24-TMH |
| | ) | (WO) |
| JUDGE PAMELA R. HIGGINS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on January 22, 2014, (doc. # 4), that this case be dismissed with prejudice. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court finds that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The plaintiff's claims for declaratory relief with respect to orders issued/actions undertaken by the state court in his pending criminal case be and are hereby DISMISSED in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. The plaintiff's claims relative to pending criminal charges be and are hereby DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii); and

4.	This case be and is hereby DISMISSED prior to service of process.

An appropriate judgment will be entered.

Done this 5th day of March, 2014.


			/s/ W. Harold Albritton
			UNITED STATES DISTRICT JUDGE